IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(EASTERN DIVISION)

| | |
|---|---|
| MICHELLE TIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.: 4:11-CV-00236 AGF |
| | ) |
| ST. LOUIS GATROENTEROLOGY | ) |
| CONSULTANTS, P.C., and ST. | ) |
| ANTHONY'S MEDICAL CENTER, | ) |
| | ) |
| Defendants. | ) |

## **STIPULATION FOR DISMISSAL**

COME NOW, Plaintiff Michelle Timmons, by and through her counsel, and hereby dismisses with prejudice all claims against Defendants St. Louis Gastroenterology Consultants, P.C. and St. Anthony's Medical Center, with each party to bear their own Court costs.

Respectfully submitted,

| | |
|---|---|
| STRELLIS & FIELD, CHARTERED | WILLIAMS VENKER & SANDERS, LLC |
| | |
|  /s/ Jack A. Strellis | /s/ Luke Baumstark |
| Jack Strellis | Paul N. Venker #28768MO |
| Strellis & Field, Chartered | Luke A. Baumstark #56344 |
| 115 East Mill Street | Bank of America Tower |
| Waterloo, IL  62298 | 100 North Broadway, 21st Floor |
| (618) 939-3404 | St. Louis, MO, 63102 |
| (618) 939-3402 (facsimile) | (314) 345-5000 |
| | (314) 345-5055 (facsimile) |
| ATTORNEYS FOR PLAINTIFF | pvenker@wvslaw.com |
| | lbaumstark@wvslaw.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | ST. ANTHONY'S MEDICAL CENTER |

BRINKER & DOYEN, LLP


  /s/ Jeffrey J. Brinker
Jeffrey J. Brinker  #30355MO
Brinker & Doyen, LLP
34 N. Meramec Ave
Fifth Floor
Clayton, MO  63105
(314) 863-6311
(314) 863-8197

ATTORNEYS FOR DEFENDANT
ST. LOUIS GASTROENTEROLOGY
CONSULTANTS, P.C.